Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667, Ext. 106
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
Attorney for Plaintiff

Shelley R. Hebert (pro hac vice)
SEYFARTH SHAW, LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL  60606
Telephone:  (312) 460-5000
Fax:  (312) 460-7000
shebert@seyfarth.com

Anthony J. Fernandez
Quintairos, Prieto, Wood & Boyer, P.A.
2390 East Camelback Rd. Suite 440
Phoenix, Az. 85016
Telephone: (602) 954-5605
Fax: (602) 954-5606
afernandez@qpwblaw.com
Attorneys for Defendant Prudential

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| Janice Escochea, | Case No. 2:16-cv-03080-DLR |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| The Prudential Insurance Company of America; AAA of Arizona, Inc. Long Term Disability Insurance Plan, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismiss this matter with prejudice, each party to bear its own fees and costs incurred therein.

A form of Order is submitted herewith for the Court's convenience.

Dated this 13th day of July 2017.

SCHIFFMAN LAW OFFICE, P.C.

By: /s/ Lisa J. Counters
    Lisa J. Counters

SEYFARTH SHAW, LLP
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/ Shelley R. Hebert
    Shelley R. Hebert
    Anthony J. Fernandez

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Shelley R. Hebert (pro hac vice)
SEYFARTH SHAW, LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL  60606

Anthony J. Fernandez
Quintairos, Prieto, Wood & Boyer, P.A.
2390 E. Camelback Rd., Suite 440
Phoenix, AZ  85016

By: /s/ Melissa Gutierrez